■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARMANDO HERNANDEZ, Also Known as JOSE HERNANDEZ, Appellant. [661 NYS2d 978] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered November 15, 1995, convicting him of conspiracy in the second degree (three counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was convicted of three counts of conspiracy in the second degree arising out of a plot to murder several prominent officials in Queens County for their roles in his 1994 conviction for murder.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Issues of credibility, as well as the weight to be accorded the evidence, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari*, 176 NY 84). Its determination is accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo*, 44 AD2d 86, 88).

Contrary to the defendant's assertions on appeal, proof of, *inter alia*, various conversations in which he discussed the details of the murder plot were sufficient to satisfy the overt act requirement of his convictions for conspiracy (*see, People v Segal*, 173 AD2d 579; *People v Bongarzone*, 116 AD2d 164, *affd* 69 NY2d 892). Rosenblatt, J. P., Ritter, Santucci and McGinity, JJ., concur.